## THOMAS ET AL. v. MICHIGAN.

No. 98.   Decided October 10, 1960.

*Harold Norris* and *H. Franklin Brown* for appellants.

*Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

## KOPPERS COMPANY, INC., v. PENNSYLVANIA.

No. 100.   Decided October 10, 1960.

*Roy J. Keefer* for appellant.

*Anne X. Alpern,* Attorney General of Pennsylvania, and *George W. Keitel,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.